THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY .GERALD et al., Appellants, against JOHN BOCKEL, as Warden of Tombs Prison, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MIKE VLAVLINO et al., Appellants, against JOHN BOCKEL, as Warden of Tombs Prison, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR GRUSHAY et al., Appellants, against JOHN BOCKEL, as Warden of Tombs Prison, Respondent.

(Argued April 13, 1936; decided April 21, 1936.)

*William Copeland Dodge, District Attorney (Ambrose J. Delehanty* of counsel), for motion.
*Louis B. Boudin* opposed.
Motion granted and appeals dismissed.